UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
Eastern Division

                          Plaintiff,

v.                                                 Case No.: 1:20–cv–02531
                                                                Honorable Sharon Johnson Coleman

Donald J Trump, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 26, 2021:

      MINUTE entry before the Honorable Sharon Johnson Coleman: Because plaintiff did not comply with Northern District of Illinois Local Rule 54.3, the Court grants defendants' motion to strike [75] plaintiff's application for EAJA fees and costs and the attendant briefing schedule [73]. Once plaintiff complies with Local Rule 54.3, he may file a renewed motion for EAJA fees and costs. Mailed notice. (ym, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.